# THE MARKS LAW FIRM, P.C.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: MAR 0 2 2020

February 28, 2020

**Via ECF**
Honorable George B. Daniels
United States District Judge
United States Courthouse
500 Pearl Street, Courtroom 15C
New York, New York 10007

MAR 0 2 2020

SO ORDERED
The initial conference is adjourned from March 4, 2020 to April 8, 2020 at 9:30 a.m.

*George B. Daniel*
HON. GEORGE B. DANIELS

**RE:   Graciela Doncouse v. Hat World, Inc. et al**
Docket: 1:19-cv-11171-GB

Dear Judge Daniels,

Plaintiff respectfully requests an adjournment of the initial conference currently scheduled for March 4, 2020.

Defendants were served through secretary of state on January 6, 2020. As of today, Defendants have not yet contacted Plaintiff, appeared, answered or otherwise moved. Therefore, Plaintiff requests thirty (30) days to make additional attempts to contact Defendants. This is the first request of its kind.

We thank you and the Court for its time and consideration on this matter.

Respectfully Submitted,

The Marks Law Firm, P.C.

By: _____
Bradly G. Marks

175 Varick Street, 3rd FL, New York, New York 10014
T: (646) 770 – 3775, F: (646) 867 – 2639, brad@markslawpc.com
www.markslawpc.com