UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x

GRACIELA BRETSCHNEIDER DONCOUSE,

                          Plaintiff,

        -against-

HAT WORLD, INC. et al.,

                        Defendants.

------------------------------------------------------------x

ORDER

19 Civ. 11171 (GBD)

GEORGE B. DANIELS, United States District Judge:

    The initial conference is adjourned from June 10, 2020 to August 19, 2020 at 9:30 am.

Dated: New York, New York
       June 1, 2020

SO ORDERED.

_____
GEORGE B. DANIELS
United States District Judge