UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------- x

GRACIELA BRETSCHNEIDER DONCOUSE,

                            Plaintiff,

       -against-

HAT WORLD, INC. et al.,

                          Defendants.

------------------------------------- x

ORDER

19 Civ. 11171 (GBD)

*USDC SDNY DOCUMENT ELECTRONICALLY FILED DOC #: _____ DATE FILED: AUG 13 2020*

GEORGE B. DANIELS, United States District Judge:

    The initial conference scheduled for August 19, 2020 at 9:30 am is canceled.

Dated: New York, New York
       August 13, 2020

SO ORDERED.

*/s/ George B. Daniels*
GEORGE B. DANIELS
United States District Judge