UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------- x
GRACIELA BRETSCHNEIDER DONCOUSE,

                       Plaintiff,

    -against-

HAT WORLD, INC. et al.,

                       Defendants.
------------------------------------- x

ORDER

19 Civ. 11171 (GBD)

GEORGE B. DANIELS, United States District Judge:

    This Court having been advised that the parties have reached a settlement in principle, the Clerk of the Court is hereby ORDERED to close the above-captioned action, without prejudice to restoring the action to this Court's calendar if an application to restore is made within thirty (30) days of this Order.

    The conferences scheduled for December 9, 2020 and March 3, 2021 are canceled.

Dated: New York, New York
       December 8, 2020

SO ORDERED.

*George B. Daniels*
GEORGE B. DANIELS
United States District Judge